Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
wkrincek@littler.com
athompson@littler.com

Attorneys for Defendant
SWITCH, LTD.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNA LITTLE, an individual, | Case No. 2:23-cv-01920-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |
| SWITCH, LTD., a Delaware limited liability company, | |
| Defendant. | **[FIRST REQUEST]** |

Plaintiff SHANNA LITTLE and Defendant SWITCH, LTD. by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of December 12, 2023, up to and including **January 2, 2024.**

This extension is necessary in order to permit Defendant additional time to collect and review sufficient information necessary to formulate a proper response.

LITTLER MENDELSON P.C.
3960 HOWARD HUGHES
PARKWAY
SUITE 300
LAS VEGAS, NV  89169.5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

December 6, 2023

VOHWINKEL LAW, LTD.

*/s/ Rory Vohwinkel, Esq.*
RORY VOHWINKEL, ESQ.

Attorney for Plaintiff
SHANNA LITTLE

LITTLER MENDELSON, P.C.

*/s/ Amy L. Thompson, Esq.*
WENDY M. KRINCEK, ESQ.
AMY L. THOMPSON, ESQ.

Attorneys for Defendant
SWITCH, LTD.

**IT IS SO ORDERED.**

Dated: 12-7-2023

_____
UNITED STATES MAGISTRATE JUDGE

4859-0827-8932.1 / 071649-1015