1  Wendy M. Krincek, Esq.
   Nevada Bar No. 6417
2  Amy L. Thompson, Esq.
   Nevada Bar No. 11907
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, Nevada 89169.5937
5  Telephone:    702.862.8800
   Fax No.:      702.862.8811
6  wkrincek@littler.com
   athompson@littler.com
7
8  Attorneys for Defendant
   SWITCH, LTD.
9

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNA LITTLE, an individual, | Case No. 2:23-cv-01920-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| SWITCH, LTD., a Delaware limited liability company, | |
| Defendant. | |

Plaintiff SHANNA LITTLE and Defendant SWITCH, LTD., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

/ / /

/ / /

/ / /

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

| VOHWINKEL LAW, LTD. | LITTLER MENDELSON, P.C. |
|---|---|
| */s/ Rory Vohwinkel, Esq.* | */s/ Amy L. Thompson, Esq.* |
| RORY VOHWINKEL, ESQ. | WENDY M. KRINCEK, ESQ. |
| | AMY L. THOMPSON, ESQ. |
| Attorney for Plaintiff | |
| SHANNA LITTLE | Attorneys for Defendant |
| | SWITCH, LTD. |

**IT IS SO ORDERED.**

Dated: May 7, 2024

_____
UNITED STATES DISTRICT JUDGE

4883-9487-5830.1 / 071649-1015

2